# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO: 4:20-CR-005 |
| | ) | |
| TERRY LAMAR MOBLEY | ) | |

## ORDER

Based upon a motion by the Government (Doc. 20), and for good cause shown therein, and with no opposition from the Defendant, it is hereby

ORDERED that the Defendant produce and disclose documents and evidence related to the above-captioned case pursuant to Fed. R. Crim. P. 16(b)(1)(A)-(C).

SO ORDERED, this 24th day of February 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA